IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07CV359-03-MU

| CHARLES SHAWN GARY, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| POLK COUNTY JAIL, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court on initial review of Plaintiffs' Complaint under 42 U.S.C. § 1983, filed November 11, 2007. (Document No. 1.)

Plaintiff claims that on July 2, 2007 while walking down the stairs to sweep and mop the bottom floor of the jail, he tripped on a loose step cover and fell down the stairs injuring his back. Petitioner states that he "would like the court to appoint [him] an attorney and sue for negligence, pain and suffering." (Complaint at 4.) By way of relief, Plaintiff is asking for one million dollars.

A cause of action pursuant to 42 U.S.C. § 1983 requires a deprivation of a right secured by the Constitution or other laws of the United States by a person acting under color of state law. Plaintiff's claim is that the Polk County Jail was negligent in that they had a loose cover on the stairs which caused him to be injured. Plaintiff's Complaint must be dismissed as his negligence claim is not sufficient to state a constitutional claim. Daniels v. Williams, 474 U.S. 327 (1986).

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1) Plaintiffs' Complaint is Dismissed for failure to state a claim for relief;

2) Plaintiff's request that counsel be appointed (contained within Complaint) is dismissed as

1

moot.

**SO ORDERED**.

Signed: November 16, 2007

Graham C. Mullen
United States District Judge